UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gloria Carter,<br><br>                Plaintiff,<br>   v.<br><br>Seterus, Inc.,<br><br>                Defendant. | Civil Action No.: 1:16-CV-03273 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Gloria Carter | Seterus, Inc. |
|---|---|
|    /s/ Sergei Lemberg    |   /s/ Jeffrey T. Karek    |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>*Attorneys for Plaintiff* | Ralph T. Wutscher, Esq.<br>Jeffrey T. Karek, Esq.<br>Maurice Wutscher LLP<br>105 West Madison, Suite 1800<br>Chicago, IL 60602<br>*Attorneys for Defendant* |

SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Ralph T. Wutscher, Esq.
Jeffrey T. Karek, Esq.
Maurice Wutscher LLP
105 West Madison, Suite 1800
Chicago, IL 60602
*Attorneys for Defendant*

           By */s/ Sergei Lemberg*
             Sergei Lemberg, Esq.